UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ADONAI SIFUENTES, § § § § § § § § § § § § | |
| Plaintiff, | |
| v. | SA-19-CA-277-RBF |
| KC RENOVATIONS, INC.; KEVIN CLARK REALTY & ASSOCIATIONS, LLC; and KEVIN CLARK, | |
| Defendants. | |

**ADVISORY OF SETTLEMENT DURING MEDIATION**
**AND ORDER REGARDING FILING OF DOCUMENTS**

The matter before the Court is the outcome of the Mediation held by the undersigned on January 29, 2021. Pursuant to Local Civil Rule CV-88(i), the District Court is advised that this case **did** settle during mediation. Terms of the settlement were set forth on the record.

Pursuant to their settlement, the parties will file papers resolving all claims, or a Joint Advisory to the Court, **within fourteen (14) day from the date of this Order**.

**SIGNED** on January 29, 2021.

Henry J. Bemporad
United States Magistrate Judge