IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ADONAI SIFUENTES,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| **KC RENOVATIONS, INC., KEVIN CLARK REALTY & ASSOCIATES, LLC dba CLARK REALTY, and KEVIN CLARK,** | § § § § § § § | CIVIL ACTION NO. 5:19-cv-277-RBF |
| Defendants. | § | |

## JOINT MOTION FOR ENTRY OF STIPULATED JUDGMENT

TO THE HONORABLE JUDGE OF THE COURT:

The Parties submit this Joint Motion requesting the Court to enter their proposed Stipulated Judgment (attached as Proposed Order) incorporating the terms of their Stipulation of Settlement Agreement (attached as Exhibit A), which would resolve Plaintiff's claims for unpaid wages and liquidated damages under the Fair Labor Standards Act ("FLSA"). Plaintiff's claims for attorneys' fees and costs remains pending. In support, the Parties show the following:

1. Plaintiff worked for Defendants in excess of forty hours per week. Defendants assert that Plaintiff was an independent contractor, not an employee entitled to the protections of the FLSA. The Parties wish to settle their dispute without the cost, delay, and uncertainty of further litigation.

2. Following a mediation with Magistrate Judge Henry Bemporad, the Parties have agreed to settle this dispute under the terms set forth in the fully executed Stipulation of Settlement Agreement (attached), subject to this Court's entry of a stipulated judgment.

3. The Parties stipulate that Plaintiff is the prevailing party for purposes of his entitlement to attorney's fees and costs under the FLSA.

4. The Parties ask the Court to enter the Parties' Stipulated Judgement under which the Court will incorporate the terms of the Parties' Stipulation of Settlement Agreement and retain jurisdiction to enforce the Stipulation of Settlement Agreement and to adjudicate Plaintiff's pending claim for attorney's fees and costs.

Respectfully submitted,

EQUAL JUSTICE CENTER

By: /s/ Colleen Mulholland
Colleen Mulholland
Texas State Bar No. 24091765
8301 Broadway Street, Ste. 309
San Antonio, Texas 78209
Tel (210) 308-6222, ext. 101
Fax (210) 308-6223
cmulholland@equaljusticecenter.org

Aaron Johnson
Texas State Bar No. 24056961
314 E Highland Mall Blvd., Ste. 401
Austin, Texas 78752
Tel (512) 540-4652
ajohnson@equaljusticecenter.org

**COUNSEL FOR PLAINTIFF**

By: /s/ Oscar L. Cantu
OSCAR L. CANTU, JR. Attorney at Law
Oscar L. Cantu, Jr.
Texas Bar No. 03767448
1004 S. St. Mary's St.
San Antonio, TX 78205
Tel: 210.846.0356
Fax: 210.941.0811
Email: R3Oscar@aol.com

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

    I hereby certify that on this June 8, 2021, a true and correct copy of the foregoing document was served on the following party by my submission of the document to the U.S. District Court through the Court's ECF system:

Oscar L. Cantu, Jr.
Texas Bar No. 03767448
R3Oscar@aol.com

                                                /s/ Colleen Mulholland
                                                Colleen Mulholland